UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DESHAUN HUNT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. OBERST,<br><br>　　　　　Defendant. | CASE NO. 1:20-cv-0475 JLT (PC)<br><br>**ORDER DENYING AS UNRIPE PLAINTIFF'S MOTION TO REQUEST VIDEO CONFERENCE OF PRISONER EARLY SETTLEMENT PROGRAM**<br><br>(Doc. 14) |

Plaintiff filed a motion indicating his interest in participating in a settlement conference with the Defendant and a proposed settlement agreement. (Docs. 14, 15). Because the Court has not yet screened Plaintiff's second amended complaint (Doc. 13), a settlement conference is premature. Accordingly, the Court **DENIES** Plaintiff's Motion to Request Video Conference as UNRIPE. (Doc. 14).

IT IS SO ORDERED.

　　Dated: __**April 18, 2021**__　　　　　　_____ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE