UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DESHAUN HUNT,<br><br>              Plaintiff,<br><br>    v.<br><br>DR. OBERST,<br><br>              Defendant. | No. 1:20-cv-00475-ADA-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE<br><br>(ECF No. 22) |

      Plaintiff Ronald Deshaun Hunt ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On October 6, 2022, the Court entered an order reassigning case. (ECF No. 20.) The order was returned by the U.S. Postal Service as "Undeliverable, RTS, Refused, Unable to Forward." Plaintiff failed to notify the Court of his new address within sixty-three days as required by Local Rule 183(b).

      On December 28, 2022, the assigned Magistrate Judge issued findings and recommendations to dismiss this action without prejudice for failure to obey a court order, failure to comply with the Local Rules, and failure to prosecute. (ECF No. 22.) The findings and recommendations were served on Plaintiff and provided him fourteen days to file objections

///

thereto. (*Id.* at 2.) Plaintiff has not filed any objections, and the time do so has passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on December 28, 2022, (ECF No. 3), are adopted in full;
2. This action is dismissed without prejudice for failure to obey a court order, failure to comply with the Local Rules, and failure to prosecute; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   February 2, 2023

_____
UNITED STATES DISTRICT JUDGE

---

[1] The findings and recommendations were also returned as undeliverable. Pursuant to Local Rule 182(f), if a *pro se* party fails to notify the court of a change of address, "service of documents at the prior address [of record] of the . . . party shall be fully effective." L.R. 182(f).